UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Case No. 26-47031

HASSAN YASSIN, and
RAMZEYA. JOUNI,

Chapter 7

Judge Thomas J. Tucker

Debtors.

_______________________________ /

**ORDER DISMISSING CASE**

On June 20, 2026, the the Debtors filed a joint voluntary petition for relief under Chapter 7, commencing this case. On July 1, 2026, the Debtors each filed a "Certificate of Counseling" (Docket # 10), which states that on June 22, 2026, each of the Debtors received "an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111."

The Debtor are not eligible to be debtors in this case under 11 U.S.C. § 109(h)(1). That provision provides in relevant part, that

> an individual may not be a debtor under this title unless such individual has, during the 180-day period ending on the date of filing the petition by such individual, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing (including a briefing conducted by telephone or on the Internet) that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis.

The Debtors only received a credit counseling briefing two days *after* filing the bankruptcy petition. With exceptions not applicable here, 11 U.S.C. § 109(h)(1) requires a debtor to obtain a credit counseling briefing *on or before* the date of filing the bankruptcy petition.

Accordingly,

IT IS ORDERED that this case is dismissed.

**Signed on September 18, 2026**

**/s/ Thomas J. Tucker**

**Thomas J. Tucker**
**United States Bankruptcy Judge**